JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RAFAEL A. MEJIA, | No. 2:21-cv-01490-JWH (JDE) |
| Petitioner, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 28, 2021

_____
JOHN W. HOLCOMB
United States District Judge